UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LOPEZ,<br>　　　　Petitioner,<br>　　v.<br>PRISON'S C.E.O., *et al.*,<br>　　　　Respondents. | No. C-13-4047 EMC (pr)<br><br>**ORDER OF TRANSFER** |

　　Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the San Diego County Superior Court. San Diego County lies within the venue of the Southern District of California. Petitioner is confined in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The preferred venue is the Southern District of California because Petitioner was convicted and the sentence was imposed in that district.

　　Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Southern District of California. The Clerk shall transfer this matter forthwith.

　　IT IS SO ORDERED.

Dated: November 13, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge