**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   JAVIER LOPEZ,                              No. C-13-4047 EMC (pr)
9              Petitioner,
10      v.                                     **ORDER OF TRANSFER**
11  PRISON'S C.E.O., *et al.*,
12              Respondents.
                                        /
13
14          Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the
15  San Diego County Superior Court.  San Diego County lies within the venue of the Southern District
16  of California.  Petitioner is confined in Monterey County, within the venue of the Northern District
17  of California. Venue is proper in a habeas action in either the district of confinement or the district
18  of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence
19  imposed is preferably heard in the district of conviction.  *See* N. D. Cal. Habeas L.R. 2254-3(b).
20  The preferred venue is the Southern District of California because Petitioner was convicted and the
21  sentence was imposed in that district.
22          Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice,
23  this action is **TRANSFERRED** to the United States District Court for the Southern District of
24  California.  The Clerk shall transfer this matter forthwith.
25          IT IS SO ORDERED.
26  Dated: November 13, 2013
27                                             _____
                                               EDWARD M. CHEN
28                                             United States District Judge